# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RICHARD HUDGENS,

    Plaintiff

v.

CLARK COUNTY DEPARTMENT OF
ADMINISTRATIVE SERVICES,
DEPARTMENT OF CLARK COUNTY
NEVADA,

    Defendant

Case No.: 2:24-cv-02213-APG-NJK

**Order Dismissing Case**

On January 23, 2026, the clerk of court advised plaintiff Richard Hudgens that if no action was taken in the case by February 22, 2026, the court would dismiss the case for lack of prosecution. ECF No. 10.  Hudgens took no action by the deadline.

I THEREFORE ORDER that this case is dismissed without prejudice for lack of prosecution.  The clerk of court is instructed to enter judgment in favor of the defendant and against the plaintiff, and to close this case.

DATED this 25th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE